**Angelo J. PERRINO, individually and on behalf of all others similarly situated, Plaintiff-Appellant,**

v.

**SOUTHERN BELL TELEPHONE AND TELEGRAPH COMPANY,**
and
**Communication Workers of America, Local 3107, Defendants-Appellees.**

**No. 31008**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

March 15, 1971.

Joel Hirschhorn, Abramson, Rosenthal & Hirschhorn, P. A., Miami, Fla., for appellant.

Vincent L. Sgrosso, Atlanta, Ga., Hubert F. Owens, Walton, Lantaff, Schroeder, Carson & Wahl, John H. Wahl, Jr., Miami, Fla., for Southern Bell Tel. & Tel. Co.

Charnelle H. Summers, Jr., Miami, Fla., John Leon Adair, Adair, Goldthwaite, Stanford & Daniel, Atlanta, Ga., for appellee Communications Workers of America, Local 3107.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

